

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| FABIAN DOUGLAS CASTANEDA, | § | No. 08-12-00167-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| V. | § | 83rd District Court |
| | § | |
| THE STATE OF TEXAS, | § | of Pecos County, Texas |
| | § | |
| Appellee. | § | (TC# P-2377-83-CR) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF SEPTEMBER, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.